JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HAROLD LARSON, | ) Case No. CV 23-8599-JPR |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Commissioner's request for an order affirming his final decision is GRANTED and judgment is entered in the Commissioner's favor.

DATED: September 25, 2024

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE